UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD CARPENTER, | ) | CASE NO. EDCV 09-1198 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: July 12, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE